# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00630-CV

### In re Hudson Design Development

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Hudson Design Development, Inc., (Hudson) sued 3204 Clawson, LLC, (Clawson) for expenses incurred during a construction project. The trial court signed a default judgment in favor of Hudson, stating that Clawson failed to appear and answer and awarding Hudson damages in the amount of $594,634.52 along with prejudgment interest and post-judgment interest. More than one month later, Clawson filed a motion asking the trial court to determine that the default judgment occurred when Clawson received actual notice rather than the date the judgment was signed and then grant a new trial. *See* Tex. R. Civ. P. 306a, 320. After holding a hearing, the trial court entered an order granting Clawson's motion, vacating the default judgment entered previously, and restoring the case to the active court docket. Following that ruling, Hudson filed this petition for writ of mandamus, asking this Court to order the trial court to vacate its order. *See* Tex. R. App. P. 52.1. Having reviewed the petition, Clawson's response, and the record, we deny the petition for writ of mandamus. *See id.* R. 52.8.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Filed:   December 31, 2021